Since the merchandise in this case is similar in all material respects to that the classification of which was involved in *J. M. P. R. Trading Corp. et al.* v. *United States, supra*, and the record is identical, and since both this court and the Court of Customs and Patent Appeals held the merchandise involved in that case to be properly dutiable under paragraph 1211 of the Tariff Act of 1930, by reason of the similitude provisions of paragraph 1559, we here follow the decision of the Court of Customs and Patent Appeals and hold the items of merchandise marked A and checked HM on the invoices to be properly dutiable at the rate of 32½ percent ad valorem under paragraph 1211 of the Tariff Act of 1930, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade, *supra*, as alleged by the plaintiffs.

To the extent indicated the specified claim in this suit is sustained; in all other respects and as to all other merchandise all the claims are overruled.

Judgment will be rendered accordingly.

**No. 60184.**—J. E. Bernard & Company, Inc. *v.* United States, protests 165434–K/3142, etc. (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 60185.**—Edward Slutsky, Inc. *v.* United States, protest 215341–K (Minneapolis).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 60186.**—J. E. Bernard & Company, Inc. *v.* United States, protests 223408–K/5185, etc. (Chicago).